IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0533

STAND UP MONTANA, a Montana non-profit
Corporation; CLINTON DECKER; JESSICA
DECKER; MARTIN NORUNNER; APRIL MARIE
DAVIS; MORGEN HUNT; GABRIEL EARLE;
ERICK PRATHER; BRADFORD CAMPBELL;
MEAGAN CAMPBELL; and JARED ORR,

        Plaintiffs and Appellants,

    v.

MISSOULA COUNTY PUBLIC SCHOOLS,
ELEMENTARY DISTRICT NO. 1, HIGH SCHOOL
DISTRICT NO. 1, MISSOULA COUNTY, STATE OF
MONTANA; TARGET RANGE SCHOOL DISTRICT
NO. 23; and HELLGATE ELEMENTARY SCHOOL
DISTRICT NO. 4,

        Defendants and Appellees.                O R D E R

STAND UP MONTANA, a Montana non-profit
corporation; JASMINE ALBERINO, TIMOTHY
ALBERINO, VICTORIA BENTLEY, WESLEY
GILBERT, KATIE GILBERT, KIERSTEN GLOVER,
RICHARD JORGENSON, STEPHEN PRUIETT,
LINDSEY PRUIETT, ANGELA MARSHALL, SEAN
LITTLEJOHN, and KENTON SAWDY,

        Plaintiffs and Appellants,

    v.

BOZEMAN SCHOOL DISTRICT NO. 7,
MONFORTON SCHOOL DISTRICT NO. 27,
and BIG SKY SCHOOL DISTRICT NO. 72,

        Defendants and Appellees.

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jason T. Marks, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 25 2022